# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTEMIO DELA CRUZ, | ) | NO. CV 09-6110 PA (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SILVIA H. GARCIA, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 11, 2010.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE